IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00688-BNB

ANDRE J. TWITTY,

    Plaintiff,

v.

RONNIE WILEY - Warden FLM BOP,
NFN FOX, Assoc. Warden Operations FLM BOP,
D.J. KRIST, SIA - FLM BOP,
JANE DOE, Remedy Clerk - FLM BOP,
"ALL UNKNOWN" SIS STAFF JANE/JOHN DOES 1-10,
"ALL UNKNOWN" LEGAL ADVISORS, FLM BOP1-5,
MARK COLLINS, Unit Manager FLM BOP, and
R. MADISON, Counselor, FLM BOP,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Andre J. Twitty, submitted *pro se* a complaint titled "28 USC 3331 Bivens." As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted complaint was deficient. Notwithstanding the deficiencies, on April 4, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action.

In the April 4, 2008, order, Mr. Twitty was directed to cure certain enumerated deficiencies if he wished to pursue his claims. He specifically was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee, and to submit a Prisoner Complaint on the proper, Court-approved form. The order warned Mr. Twitty that if he failed to cure

the designated deficiencies within thirty days, the complaint titled "28 USC 3331 Bivens" and the action would be dismissed without prejudice and without further notice.

On May 13, 2008, Mr. Twitty submitted a Prisoner Complaint on the proper, Court-approved form, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a motion titled "Motion to Proceed In Forma Pauper [sic], Brief In Support." However, Mr. Twitty failed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. He also failed to include the address for each named Defendant.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 notes this requirement. In addition, it is Mr. Twitty's responsibility to provide an address for each named Defendant so that the Court can serve the Prisoner Complaint.

The Prisoner Complaint and the action will be dismissed without prejudice for Mr. Twitty's failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied.

DATED at Denver, Colorado, this 28 day of May, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00688-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/8

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk